```
1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   ANN H. VORIS, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SABRINA JOY NUNEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  NO. 6:06-mj-00029 WMW |
|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:06-mj-00029 WMW |
| Plaintiff, | ) ) ) | STIPULATION SETTING MOTIONS SCHEDULE, AND CONTINUING STATUS |
| v. | ) ) | CONFERENCE HEARING AND RESETTING AS HEARING ON MOTIONS |
| SABRINA JOY NUNEZ, | ) ) | ORDER THEREON |
| Defendant. | ) ) ) | Date: May 31, 2006<br>Time: 10:00 A.M.<br>Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a motions schedule be set as follows: defendant's motions shall be filed on or before May 10, 2006, government responses to be filed on or before May 24, 2005, **and that the status conference hearing now set for April 25, 2006, may be continued to May 31, 2006, at 10:00 A.M. and reset as a hearing on motions.**

This continuance is sought by counsel for defendant to allow her additional time for defense preparation and investigation and time to adequately prepare appropriate motions on defendant's behalf.

///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: April 20, 2006

/s/ Elizabeth Waldow
ELIZABETH WALDOW
Chief Legal Officer
National Park Service


DANIEL J. BRODERICK
Acting Federal Defender

DATED: April 20, 2006

By /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
SABRINA JOY NUNEZ

**O R D E R**

**IT IS SO ORDERED.**   Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 24, 2006**              /s/ **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

Stipulation Setting Motions Schedule, and Continuing
Status Conference Hearing and Resetting as Hearing
On Motions; [Proposed] Order Thereon        −2−