DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SABRINA JOY NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:06-mj-00029 WMW |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON |
| v. | |
| SABRINA JOY NUNEZ, | Date: May 31, 2006 |
| Defendant. | Time: 10:00 A.M. Judge: Hon. William M. Wunderlich |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

Defendant hereby requests that this Court proceed in his/her absence on every occasion that the Court may permit, pursuant to this waiver. He/she agrees that his/her interests shall be represented at all

///
///
///
///
///
///

times by the presence of his/her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

DATED: April  24 , 2006

                                            /s/   Sabrina J. Nunez
                                            SABRINA JOY NUNEZ, Defendant

[Original signatures maintained       /s/   Ann H. Voris
   In file of Ann H. Voris.]             ANN H. VORIS
                                            Assistant Federal Defender
                                            Attorney for Defendant

## O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

**Dated:   May 25, 2006**                        **/s/  William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE