DANIEL J. BRODERICK, #89424
Federal Defender
ELIZABETH T. HEY, PA Bar #56464
Assistant Federal Defender
Designated Counsel for Service
P. O. Box 631
Yosemite Nat'l. Park, California  95389
Telephone: (209) 372-0306

Attorney for Defendant
SABRINA JOY NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:06-mj-00029 WMW |
| Plaintiff, | STIPULATION CONTINUING TRIAL AND ORDER |
| v. | Date:  August 31, 2006 |
| SABRINA JOY NUNEZ, | Time:  10:00 A.M. |
| Defendant. | Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that **the trial in the above-entitled matter now set for July 17, 2006, may be continued to August 31, 2006, at 10:00 A.M.**

                                                DANIEL J. BRODERICK
                                                 Federal Defender

 /s/  Elizabeth Waldow                              By  /s/ Elizabeth T. Hey
ELIZABETH WALDOW                                    Assistant Federal Defender
Chief Legal Officer                                 Attorneys for Defendant
National Park Service                               SABRINA JOY NUNEZ
DATED:  June 26, 2006                               DATED:  June 26, 2006

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 27, 2006**          /s/  William M. Wunderlich
mmkd34                              UNITED STATES MAGISTRATE JUDGE