```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE #6:06-mj-0029-WMW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs ) | TRIAL |
| ) | |
| SABRINA JOY NUNEZ, ) | Date: September 13, 2006. |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: U.S. Magistrate Judge: |
| ) | Hon. William M. Wunderlich |

IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government and Defendant, SABRINA JOY NUNEZ, and her Attorney of record, PETER CARTER, FEDERAL DEFENDER'S OFFICE, that the trial in the above-captioned matter scheduled for August 30, 2006, be continued until September 13, 2006, at 10:00 a.m.

Dated: August 28, 2006                By: /S/ Elizabeth Waldow
                                      ELIZABETH WALDOW
                                      Legal Officer for
                                      United States Government

Dated: August 28, 2006
                                      By: /s/ Peter Carter
                                      PETER CARTER
                                      Attorney for SABRINA J. NUNEZ
                                        As authorized on AUGUST 28, 2006

---
1
STIPULATION TO CONTINUE TRIAL AND ORDER THEREON

1
2                          * * * ORDER * * *
3     The Court, having reviewed the above request for a
4  Continuance in the Trial scheduled for August 28, 2006, to
5  September 13,2006, at 10:00 a.m. and Order Thereon, HEREBY
6  ORDERS AS FOLLOWS:
7     1.   Trial shall be continued to September 13, 2006.
8
9  It is so ordered:
10
11
                              IT IS SO ORDERED.
12
       **Dated:   September 1, 2006         /s/  William M. Wunderlich**
13                    mmkd34UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28